IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

In the Bankruptcy Matter of:

Michael Zenz
Rita Zenz

    Debtors

Bankruptcy No. 20-90565
Judge Mary P. Gorman
Chapter: 7

## NOTICE OF FILING

TO: Michael Zenz, 1655 Sun Ridge Dr, Bourbonnais, IL 60914
   Rita Zenz, 1655 Sun Ridge Dr, Bourbonnais, IL 60914
   Roger L. Prillaman, 220 West Main Street, Urbana, IL 61801
   Michael Robert Nichols, 107 E Eureka Ave, Eureka, IL 61530
   U.S. Trustee, Office Of Nancy J. Gargula U.S. Trustee, 401 Main St #1100, Peoria, IL 61602

Please take notice on June 3, 2021, the attached Objection to Motion to Sell Property was electronically filed with the Clerk of the Bankruptcy Court for the Central District of Illinois.

## CERTIFICATE OF SERVICE

I, Kenneth W. Bach, an attorney certify that I served the attached Objection by mailing a copy to the Debtors at the address listed above by depositing the same in the U.S. mail, first class, postage prepaid at 230 W. Monroe, Chicago, IL 60606 on or before 5:00 p.m. on June 3, 2021. The remaining parties were served by the CM/ECF electronic noticing system.

        /s/ Kenneth W. Bach
        Kenneth W. Bach, ARDC #6295816
        Attorney for Flagstar Bank, FSB

Kenneth W. Bach
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

In the Bankruptcy Matter of:

Michael Zenz
Rita Zenz

Debtors

Bankruptcy No. 20-90565
Judge Mary P. Gorman
Chapter: 7

## OBJECTION TO TRUSTEE'S MOTION TO APPROVE SHORT SALE, SURCHARGE AGREEMENT BETWEEN SECURED LENDER AND THE ESTATE, AND OTHER RELIEF

NOW COMES Flagstar Bank, FSB (hereinafter "Creditor"), through its attorney, Kenneth W. Bach of Johnson, Blumberg & Associates, LLC, and states as follows:

1. The above-captioned Chapter 7 case was filed on June 19, 2020.

2. Creditor, a party in interest, holds a Mortgage dated March 6, 2018 on the property located at 1655 Sun Ridge Drive, Bourbonnais, IL 60914, in the original amount of $192,867.00.

3. The Trustee filed a Motion on May 14, 2021 seeking to approve a short sale of the above-described property free and clear of Creditor's lien and determining the buyer is a good-faith purchaser.

4. While Creditor does agree to the proposed short sale in principle, there are objectionable statements and omissions in the Motion that need to be addressed before Creditor can consent to the Motion.

5. Paragraph 11 of the Motion alleges Creditor consents to a $10,000.00 "Carve-Out Fund," but does not specify what party is paying for this fund. The language in the order should specify that the buyer will fund the Carve-Out.

6. Creditor has consented to a specific short sale offer. However, paragraph 9(a) of the Motion alleges that Creditor consents to sell to whichever their party the Trustee

determines to have made the best offer. The language of the order should specify the offer being approved, including the name of the buyer.

7. The fees and costs claimed by the Trustee include those that are disallowable pursuant to the Department of Housing and Urban Development (HUD) guidelines. Specifically, the $395.00 Coordinator Fee, and $100.00 cost of the Motion should not be approved. This adjustment would change the net proceeds to Creditor to $190,729.47. The order should reflect that these fees will not be recovered and reflect the resulting net proceeds.

WHEREFORE, Flagstar Bank, FSB prays that the Trustee's Motion be denied, and for such other relief as the Court deems just.

                                    /s/ Kenneth W. Bach
                                    Kenneth W. Bach, ARDC #6295816
                                    Attorney for Flagstar Bank, FSB

Kenneth W. Bach
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE