**IT IS SO ORDERED.**

**SIGNED THIS: June 17, 2021**

_____
**Mary P. Gorman**
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
| MICHAEL ZENZ AND ) | |
| RITA ZENZ ) | CASE NO. 20-90565 |
| DEBTORS. ) | |

AGREED ORDER GRANTING TRUSTEE'S MOTION
TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS
AND OTHER RELIEF
(RE:  1655 SUN RIDGE DR. BOURBONNAIS, IL 60914)

THIS MATTER came before the Court on Chapter 7 Trustee, Roger Prillaman's ("Trustee") CHAPTER 7 TRUSTEE'S MOTION TO (I) APPROVE A SHORT SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS PURSUANT TO 11 U.S.C. § 363(b), (f), AND (m), (II) SURCHARGE AGREEMENT BETWEEN SECURED LENDER AND THE ESTATE, AND (III ) OTHER RELIEF, (the "Motion") and Objection (Doc 56) filed by FLAGSTAR BANK, FSB and Trustee's Response (Doc 59), and the parties now having resolved their differences, for the reasons stated on the record at the hearing, it is

**ORDERED** and **ADJUDGED** as follows:

1. The notice of the Motion is approved as proper and adequate under the circumstances.

2. The Motion is hereby GRANTED.

3. The Trustee is authorized to sell the real property located at:

LOT 128 IN SUN RIDGE ESTATES FOURTH ADDITION, BEING A SUBDIVISION OF PART OF THE SOUTHWEST 1/4 OF SECTION 8, TOWNSHIP 31, NORTH, RANGE 12 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN KANKAKEE COUNTY, ILLINOIS, ACCORDING TO THE PLAT THEREOF RECORDED NOVEMBER 14, 2002 AS DOCUMENT # 2002-27133

more commonly known as, 1655 Sun Ridge Dr Bourbonnais IL 60914 (the "Real Property"), for $216,000.00, conditioned on the consent of its lienholder(s), and in accordance with the terms provided for in the Motion as modified in the Revised ALTA Statement (Doc 59-1) attached as Exhibit "A" to Trustee's Response (Doc 59) addressing the concerns of Objector, FLAGSTAR BANK, FSB, including the $10,000.00 carve-out proceeds to be paid for the benefit of the Bankruptcy Estate by the Buyer, ADAM ROBINSON.

4. The Trustee is authorized to take any all actions and to execute any and all documents necessary and appropriate to effectuate and consummate the terms of said sale, including, executing a deed conveying the interests of the Debtors the Real Property to Adam Robinson (the "Buyer").

5. Pursuant to Section 363(f) of the Bankruptcy Code, effective upon closing, the sale of the Real Property will vest in the Buyer(s) all right, title and interest of the Debtors and the bankruptcy estate in the Real Property, free and clear of the liens, claims or interests of secured lender, FLAGSTAR BANK, FSB as identified in the Motion.

6. This Order is and shall be effective as a determination that, upon and subject to the occurrence of the closing of the sale, all Affected Interests have been and hereby are adjudged and declared to be unconditionally released as to the Real Property.

7. The Trustee, and any escrow agent upon the Trustee's written instruction, shall be authorized to make such disbursements on or after the closing of the sale as are required by the purchase agreement or order of this Court, including, but not limited to, (a) all real property taxes

and outstanding post-petition real property taxes pro-rated as of the closing with respect to the real property included among the purchased assets; and (b) other anticipated closing costs.

8. Except as otherwise provided in the Motion, the Real Property shall be sold, transferred, and delivered to Buyers on an "as is, where is" or "with all faults" basis.

9. Buyer is approved as a buyer in good faith in accordance with Section 363(m) of the Bankruptcy Code, and Buyer shall be entitled to all protections of Section 363(m) of the Bankruptcy Code.

10. The 14-day waiting period under Bankruptcy Rule 6004(h) is waived so that the sale can proceed expeditiously to closing.

11. Upon conclusion of the sale, the Trustee is directed to file a Report of Sale.

AGREED AND ACCEPTED:                              AGREED AND ACCEPTED:



__/s/ Josephine J. Miceli_____           __/s/Roger L. Prillaman_____
JOSEPHINE J. MICELI                                ROGER L. PRILLAMAN
on behalf of Creditor Flagstar Bank, FSB           Chapter 7 Trustee

###